**EXHIBIT C**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-928-808**

**Effective Date of Registration:**
December 03, 2014

## Title

    **Title of Work:** Buffalo Lake Effect

## Completion/Publication

    **Year of Completion:** 2014
    **Date of 1st Publication:** November 18, 2014
    **Nation of 1st Publication:** United States

## Author

    • **Author:** Alfonzo I Cutaia
    **Author Created:** entire motion picture
    **Citizen of:** United States
    **Domiciled in:** United States

## Copyright Claimant

    **Copyright Claimant:** Alfonzo I Cutaia
    The Guaranty Building, 140 Pearl Street, Suite 100, Buffalo, NY, 14202, United States

## Certification

    **Name:** Alfonzo I. Cutaia
    **Date:** November 28, 2014